PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 07 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ERICA UMBAY<br><br>                    Defendant. | CASE NO. 2:17-CR-0219 TLN<br><br>[~~PROPOSED~~] ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney OWEN ROTH to Seal Indictment, and this Order, in the above-referenced case, until further order of the Court.

Dated: 12/7/2017

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT