MCGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:17-CR-196; 2:17-CR-219; 2:17-CR-222; 2:17-CR-234; 2:18-CR-009; 2:18-CR-010; 2:18-CR-034; 2:18-CR-035; 2:18-CR-036; 2:18-CR-037; 2:18-CR-038; 2:18-CR-044; 2:18-CR-054 |
|---|---|
| Plaintiff, | |
| v. | |
| JUSTIN JOHNSON et al., | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| Defendants. | DATE: April 26, 2018<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. This stipulation concerns the thirteen indicted cases noted in the caption, which all arise out of a common investigation. The thirteen cases concern twenty-seven different defendants, who are each identified in connection with their respective counsel in the signature pages of this stipulation.

2. By previous order, each of the thirteen matters was set for status on April 26, 2018.

3. By this stipulation, the Government and counsel for the defendants now move to continue the status conferences to a series of new dates, as follows:

      a) July 19, 2018: 2:17-cr-196; 2:17-cr-219; 2:18-cr-036; 2:18-cr-038

      b) July 26, 2018: 2:17-cr-222; 2:18-cr-009

      c) Aug. 2, 2018: 2:18-cr-044; 2:17-cr-234

      d) Aug. 9, 2018: 2:18-cr-010; 2:18-cr-034; 2:18-cr-035; 2:18-cr-037; 2:18-cr-054

4. The parties also seek to exclude time between April 26, 2018, and the noted four dates, per the indictments listed under each date, under Local Codes T2 and T4.

5. The parties agree and stipulate, and request that the Court find the following:

   a) As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual surveillance recordings. (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.) Going forward, the Government anticipates producing hundreds of additional pages of discovery, which will include wiretap-related documents pursuant to the Court's April 12, 2018 protective order, and additional DVDs containing wiretap data and additional surveillance evidence.

   b) At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") is processing the discovery that the Government has produced (as noted in the foregoing paragraph) and making it available to defense counsel.

   c) At this time, Counsel for the defendants desire additional time to review the discovery now being distributed by the DCA. This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

   d) Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuances.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-seven defendants in the noted thirteen cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time

under Local Code T2. The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

       h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

       i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate preparation absent the exclusions of time.

6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated:  April 13, 2018                          McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ OWEN ROTH
                                               OWEN ROTH
                                               Assistant United States Attorney

**For continuance to July 19, 2018:**

Dated:  April 13, 2018                          /s/ MATTHEW BOCKMON
                                               MATTHEW BOCKMON
                                               Counsel for Defendant Justin Johnson
                                               Case No. 2:17-cr-196

| | | |
|---|---|---|
| Dated: April 13, 2018 | | /s/ JESSICA GRAVES<br>JESSICA GRAVES<br>Counsel for Defendant Erica Umbay<br>Case No. 2:17-cr-219 |
| Dated: April 13, 2018 | | /s/ CHRISTOPHER R. COSCA<br>CHRISTOPHER R. COSCA<br>Counsel for Defendant Stephanie Lavan<br>Case No. 2:18-cr-036 |
| Dated: April 13, 2018 | | /s/ TONI LASHAY WHITE<br>TONI LASHAY WHITE<br>Counsel for Defendant Daisy Gonzalez<br>Case No. 2:18-cr-038 |
| Dated: April 13, 2018 | | /s/ MICHAEL CHASTAINE<br>MICHAEL CHASTAINE<br>Counsel for Def. Jose Heredia-Trinidad<br>Case No. 2:18-cr-038 |

**For continuance to July 26, 2018:**

Dated: April 13, 2018                           /s/ SHARI RUSK
                                                SHARI RUSK
                                                Counsel for Defendant Aldo Arellano
                                                Case No. 2:17-cr-222

Dated: April 13, 2018                           /s/ KELLY BABINEAU
                                                KELLY BABINEAU
                                                Counsel for Defendant Rachel Felix
                                                Case No. 2:17-cr-222

Dated: April 13, 2018                           /s/ TASHA P. CHALFANT
                                                TASHA P. CHALFANT
                                                Counsel for Defendant Raul Barajas
                                                Case No. 2:18-cr-009

Dated: April 13, 2018                           /s/ ALIN CINTEAN
                                                ALIN CINTEAN
                                                Counsel for Def. Israel Covarrubias
                                                Case No. 2:18-cr-009

Dated: April 13, 2018                           /s/ MICHAEL E. HANSEN
                                                MICHAEL E. HANSEN
                                                Counsel for Defendant Milton Escobedo
                                                Case No. 2:18-cr-009

Dated: April 13, 2018 /s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Def. Jose Madrigal-Vega
Case No. 2:18-cr-009

Dated: April 13, 2018 /s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Victor Magana
Case No. 2:18-cr-009

Dated: April 13, 2018 /s/ ROBERT M. WILSON
ROBERT M. WILSON
Counsel for Defendant Trevor White
Case No. 2:18-cr-009

**For continuance to August 2, 2018:**

Dated: April 13, 2018 /s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant Michael Do
Case No. 2:18-cr-044

Dated: April 13, 2018 /s/ STEPHEN B. PLESSER
STEPHEN B. PLESSER
Counsel for Defendant Patrick Botello
Case No. 2:17-cr-234

Dated: April 13, 2018 /s/ DAVID M. GARLAND
DAVID M. GARLAND
Counsel for Defendant Ashley Habash
Case No. 2:17-cr-234

Dated: April 13, 2018 /s/ J. TONEY
J. TONEY
Counsel for Defendant Brenda Miranda
Case No. 2:17-cr-234

Dated: April 13, 2018 /s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Def. Mercedez Silva-Sims
Case No. 2:17-cr-234

Dated: April 13, 2018 /s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant Ricardo Villa
Case No. 2:17-cr-234

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 13, 2018 | /s/ KYLE R. KNAPP |
| | | KYLE R. KNAPP |
| 3 | | Counsel for Defendant Joshua Sims |
| | | Case No. 2:17-cr-234 |

**For continuance to August 9, 2018:**

Dated: April 13, 2018 /s/ TODD D. LERAS
TODD D. LERAS
Counsel for Defendant Edgar Jimenez
Case No. 2:18-cr-010

Dated: April 13, 2018 /s/ CLYDE BLACKMON
CLYDE BLACKMON
Counsel for Defendant James Masterson
Case No. 2:18-cr-010

Dated: April 13, 2018 /s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Reggie Pajimola
Case No. 2:18-cr-010

Dated: April 13, 2018 /s/ KYLE R. KNAPP
KYLE R. KNAPP
Counsel for Defendant Joshua Sims
Case No. 2:18-cr-010

Dated: April 13, 2018 /s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant John Lemus
Case No. 2:18-cr-034

Dated: April 13, 2018 /s/ MICHAEL B. BIGELOW
MICHAEL B. BIGELOW
Counsel for Defendant Carlos Martinez
Case No. 2:18-cr-035

Dated: April 13, 2018 /s/ ERIN J. RADEKIN
ERIN J. RADEKIN
Counsel for Def. Asencion Jimenez
Case No. 2:18-cr-037

Dated: April 13, 2018 /s/ RONALD PETERS

RONALD PETERS
Counsel for Def. Blas Gonzalez-Ramirez
Case No. 2:18-cr-054

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of April, 2018.

_____
Troy L. Nunley
United States District Judge