McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00219-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ERICA UMBAY, | DATE: June 6, 2019 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 6, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until August 8, 2019, at 9:30 a.m., and to exclude time between June 6, 2019, and August 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

b) On November 13, 2018 and January 22, 2019, the United States and counsel for the defendant discussed the case and the course of the proceedings. Defense counsel desired additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise prepare for trial in this matter.

c) On April 2, 2019, the parties conferred regarding the case. Defense counsel requested additional clarification from the United States regarding the discovery in the case. Additionally, the parties discussed the potential for resolving the case but further work is required before a resolution could be presented to the Court. The United States subsequently provided follow up information to defense counsel. The parties anticipate completing the review of discovery and follow up information by the requested status date.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2019, to August 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from

the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 4, 2019                      McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: June 4, 2019                      /s/ JESSICA GRAVES
JESSICA GRAVES
(as authorized on June 4, 2019)
Counsel for Defendant
ERICA UMBAY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of June, 2019.

Troy L. Nunley
United States District Judge