| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ERICA UMBAY,<br><br>                  Defendant. | CASE NO. 2:17-CR-00219-TLN<br><br>STIPULATION REGARDING SENTENCING HEARING AND ORDER<br><br>DATE: January 30, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 30, 2020.

2. By this stipulation, the parties request to continue judgment and sentencing to March 12, 2020, at 9:30 a.m.

3. The assigned probation officer is available on March 12, 2020.

///
///
///
///

4. The Draft PSR has been completed. Accordingly, the parties are requesting that the Court adopt the following PSR briefing schedule:

a) Informal Objections shall be due: January 30, 2020.
b) Final PSR shall be due: February 20, 2020.
c) Formal Objections shall be due: February 27, 2020.
d) Sentencing Memos and Oppositions shall be due: March 5, 2020.
e) Judgment and Sentencing: March 12, 2020.

IT IS SO STIPULATED.

Dated: January 9, 2020    McGREGOR W. SCOTT
                         United States Attorney

                         /s/ JUSTIN L. LEE
                         JUSTIN L. LEE
                         Assistant United States Attorney


Dated: January 9, 2020    /s/ JESSICA GRAVES
                         JESSICA GRAVES
                         (as authorized on January 7, 2020)
                         Counsel for Defendant
                         ERICA UMBAY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of January, 2020.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2